*Richard Smith* v. *Anthony J. Bleeker et al.* P. S. Crooke, for appellant; E. De Witt, for respondent. Order appealed from affirmed, with costs.

*Asa P. Delano* v. *John B. McOmber et al.* G. A. Simmons, for complainant; L. Stetson, for defendants. Order referring it to a master, to take an account of the co-partnership concerns, with special directions; and to appoint a receiver. The question of costs, and all other questions and directions, to be reserved until the coming in and confirmation of the master's report.

*In the matter of the Injunction, Taxing and Exception Masters.*

Order as to Injunction, Taxing and Exception Masters.

Ordered that Charles Monell, of Goshen, be and he is hereby designated as Taxing Master, of the second circuit, and that John W. Miller, of White Plains, be and he is hereby designated as an exception master of said circuit, in the places of Charles Borland and Frederick J. Coffin, who have resigned their offices of masters in chancery.

That Aaron Hackley, of Utica, be and he is hereby designated as Injunction Master of the fifth circuit, in the place of Joseph Benedict, whose term of office as master in chancery has expired.

That Benjamin N. Loomis, of Binghampton, be and he is hereby designated as an exception master of the sixth circuit, in the place of Joseph Boughton, whose term of office as master in chancery has expired.

And that John N. Whiting, of Geneva, be and he is hereby designated as an exception master of the seventh circuit, in the place of John M. Bradford, whose term of office as a master in chancery has expired.

☞ The subscriber will at all times give his prompt attention to such counsel business before the Chancellor, including ex parte motions necessary to be heard in vacation, as may be sent to him. It is his intention hereafter to attend the Chancellor's regular and special terms at *Albany*, as well as the special terms held at this place. He will also attend the regular and special terms of the Vice Chancellor of the Fourth Circuit.

Papers intended to be used at any of the terms held at Albany may be sent to the care of the Register of the Court.

O. L. BARBOUR.

Saratoga Springs, May 7, 1844.